IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLEN MAURICE THOMPSON,
    Plaintiff,

vs.                                            Case No.  3:12cv11/LAC/EMT

RONALD BELHOMME, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 30, 2012 (doc. 50).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants Haas, Nichols, and Rummel's motion to dismiss (doc. 38) is **GRANTED**, and Plaintiff's federal claims against these Defendants are **DISMISSED with prejudice** for failure to state a claim on which relief may be granted.

3.    Plaintiff's federal claim against Defendant Officer John Doe is **DISMISSED with prejudice** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4.    Plaintiff's state law claims against Defendants Haas, Nichols, Rummel, and Officer

John Doe are **DISMISSED without prejudice** to Plaintiff's right to assert them in state court.

     5.    Defendants Haas, Nichols, Rummel, and Officer John Doe are **DISMISSED** from this action.

     6.    The clerk shall **TRANSFER** this case to the United States District Court for the Southern District of Florida for disposition of Plaintiff's claims against the sole remaining Defendant, Officer Belhomme.

     7.    The clerk is directed to close this case.

**DONE AND ORDERED** this 16th day of May, 2012.

                                                      s/*L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**